IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00983-RTG

MARLON MIRANDA FERRER,

     Applicant,

v.

DIRECTOR AURORA ICE PROCESSING CENTER,

     Respondent.

---

ORDER TO SHOW CAUSE

---

An Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) has been filed by the Applicant, challenging his detention at an immigration facility in Aurora, Colorado. Upon reading the application, good cause appears.

Accordingly, it is

ORDERED that Respondent show cause **within thirty (30) days from the date of this order** why the application for a writ of habeas corpus should not be granted. It is

FURTHER ORDERED that **within thirty (30) days of Respondent's answer** Applicant may file a reply.  It is

FURTHER ORDERED that Applicant's Motion to Expedite Consideration of Petition for Writ of Habeas Corpus (ECF No. 5) is **denied** and the case will be

1

considered in due course by the drawn judge.

DATED March 13, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge