IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00983-DDD

MARLON MIRANDA FERRER,

     Applicant,

v.

DIRECTOR AURORA ICE PROCESSING CENTER,

     Respondent.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 17] of Chief Judge Daniel D. Domenico entered on June 26, 2026, it is

ORDERED that the Application for a Writ of Habeas Corpus, [Docket No. 1], filed by Applicant Marlon Miranda Ferrer on March 10, 2026, is DENIED. It is further

ORDERED that this case is dismissed without prejudice. It is further

ORDERED that this case is closed.

Dated: June 26, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ Román Villa
     Deputy Clerk